

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | NICHOLAS MANNINGHAM<br>Assistant Corporation Counsel<br>Phone: (212) 356-2617<br>Fax: (212) 356-3509<br>nmanning@law.nyc.gov |
|---|---|---|

November 27, 2018

**BY ECF**
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *Cirilo Alcantara v. Danielle Donaghue, et al.,* 15-CV-5584 (ENV) (RML)

Your Honor:

      I am the attorney representing defendants Donaghue and DiGangi in the above-referenced matter. I am writing in advance of the December 6, 2018 telephone conference, to object to plaintiff's interrogatories and ask the court to strike them as untimely and otherwise as improperly addressed to a non-party. At the last conference, plaintiff was ordered to serve interrogatories, the only remaining discovery, by October 12, 2018. However, plaintiff did not serve them until November 5, 2018. Further, the late-served interrogatories are addressed to a non-party, John Weiburg.

      Lastly, plaintiff is currently incarcerated at Clinton Correctional Facility in Dannemora, New York. Thus, I respectfully request that the Court endorse the enclosed Order directing Clinton Correctional Facility to produce plaintiff for the telephonic conference scheduled for December 6, 2018 at 1:00 PM. Once endorsed, the undersigned will forward the Order to Clinton Correctional Facility.

      Respectfully submitted,

      Nicholas Manningham

Encl.

cc:  Cirilo Alcantara (BY MAIL)
     13-A-2352
     Clinton Correctional Facility
     P.O. Box 2001
     Dannemora, NY 12929